**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 45899**

| | |
|---|---|
| STATE OF IDAHO, | ) |
| | ) **Filed: December 12, 2018** |
| Plaintiff-Respondent, | ) |
| | ) **Karel A. Lehrman, Clerk** |
| v. | ) |
| | ) **THIS IS AN UNPUBLISHED** |
| JESUS ADAN CASTILLO, | ) **OPINION AND SHALL NOT** |
| | ) **BE CITED AS AUTHORITY** |
| Defendant-Appellant. | ) |
| | ) |

Appeal from the District Court of the Seventh Judicial District, State of Idaho, Bingham County. Hon. Dane H. Watkins, District Judge.

Judgment of conviction and unified sentence of forty-five years, with a minimum period of confinement of fifteen years, for murder in the first degree, <u>affirmed</u>.

Eric D. Fredericksen, State Appellate Public Defender; Jason C. Pintler, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before GUTIERREZ, Judge; HUSKEY, Judge;
and LORELLO, Judge

_____

PER CURIAM

Jesus Adan Castillo pleaded guilty to murder in the first degree. I.C. §§ 18-4001, 18-4002, 18-4003(d). The district court sentenced Castillo to a unified forty-five year sentence, with fifteen years determinate. Castillo filed an I.C.R 35 motion, which the district court denied. Castillo appeals.[1]

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established.

---

[1] Castillo does not assert the district court abused its discretion by denying his Idaho Criminal Rule 35 motion.

1

*See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Castillo's judgment of conviction and sentence is affirmed.